# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street, 10th Floor, New York, NY 10007
Tel: (212) 417-8700   Fax: (212) 658-9483

Tamara Giwa
*Executive Director*

Jennifer L. Brown
*Attorney-in-Charge*

June 10, 2024

**BY ECF**
Honorable John G. Koeltl
United States District Judge
500 Pearl St.
New York, NY 10007

Re:   *United States v. Troy Carter*, 24 Cr. 310 (JGK)

Honorable Judge Koeltl:

I write with the consent of Pretrial Services to respectfully request that the Court modify Mr. Troy Carter's pretrial supervision from home detention with GPS monitoring to a curfew, to be determined by Pretrial Services and enforced by GPS monitoring. The Government defers to Pretrial Services.

On February 23, 2024, Magistrate Judge Sarah L. Cave imposed bail conditions, including: a $50,000 personal recognizance bond cosigned by two financially responsible people; travel limited to SDNY/EDNY; surrender travel documents and no new applications; and pretrial supervision as directed by pretrial services; mental health treatment as directed by pretrial services; home detention: location monitoring technology as directed by pretrial services; defendant not to possess firearm/destructive devices/other weapons; defendant daughter to reside with her grandmother; defendant may take daughter to/from school; defendant may attend all medical appointments and meetings with counsel. Mr. Carter was released on his own signature. Since his arrest, Mr. Carter has also been granted permission to modify his bail conditions to allow his daughter to reside with him.

Since his arrest, Mr. Carter has been in full compliance and working closely with Pretrial Services to attend medical and mental health treatment. The request modification will allow Mr. Carter to continue taking care of his infirm mother and his 10-year-old daughter while she is on summer break from school, which begins on Monday, June 17th.

Thank you for your consideration of this matter.

Respectfully submitted,
/s/
Christopher Flood, Esq.
(212) 417-8734

SO ORDERED:
6/11/24
HONORABLE JOHN G. KOELTL
United States District Judge

cc:   AUSA Adam Zeldes Margulies (by email)
      US PTSO Francesca Piperato (by email)