# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street, 10th Floor, New York, NY 10007
Tel: (212) 417-8700  Fax: (212) 658-9483

Tamara Giwa
*Executive Director*

Jennifer L. Brown
*Attorney-in-Charge*

June 12, 2024

**BY ECF**
Honorable John G. Koeltl
United States District Judge
500 Pearl St.
New York, NY 10007

Re:   *United States v. Troy Carter*, **24 Cr. 310 (JGK)**

Honorable Judge Koeltl:

I write to correct an inadvertent misstatement in our June 10, 2024 Letter Motion, and to respectfully request that the Court modify Mr. Carter's conditions of release to include a curfew to be determined by Pretrial Services with technology as directed by Pretrial Services.

After the Court's endorsement of our June 10, 2024 Letter Motion was docketed, Pretrial Services contacted counsel for Mr. Carter to note that our request contained an error. Specifically, Mr. Carter has not been subject to GPS monitoring. Rather, he has been subject to home detention with location monitoring technology as directed by Pretrial Services. *See* ECF Doc. No. 3. Pretrial Services has further advised that it does not want to impose GPS monitoring, and, having brought this matter to counsel's attention, asks that counsel file the present request that Mr. Carter's conditions read as follows: curfew be determined by Pretrial Services with technology as directed by Pretrial Services. I respectfully request the Court to endorse this modification.

I have discussed this request with AUSA Adam Margulies, who consents to it on behalf of the United States. I have also discussed this request with Pretrial Services, who asks that it be filed.

I apologize to the Court, the Government, and Pretrial Services for the misstatement in our June 10, 2024 Letter Motion, and for the inconvenience attendant to correcting my error.

Thank you for your consideration of this matter.

Respectfully submitted,
/s/
Christopher Flood, Esq.
(212) 417-8734

SO ORDERED:
6/12/24
/s/ John G. Koeltl
**HONORABLE JOHN G. KOELTL**
**United States District Judge**

cc:   AUSA Adam Zeldes Margulies (by ECF)
      US PTSO Francesca Piperato (by email)