# Federal Defenders OF NEW YORK, INC.

Southern District
52 Duane Street, 10th Floor, New York, NY 10007
Tel: (212) 417-8700  Fax: (212) 658-9483

**Tamara Giwa**
*Executive Director*

Jennifer L. Brown
*Attorney-in-Charge*

September 16, 2024

**BY ECF**

Honorable John G. Koeltl
United States District Judge
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, NY 10007

Re:  *United States v. Troy Carter*, 24 Cr. 310 (JGK)

Honorable Judge Koeltl:

With the consent of the Government, I write to respectfully request that the Court adjourn Mr. Carter's sentencing hearing, currently scheduled for Tuesday, September 24, 2024 at 11 A.M., for approximately 30 days to Wednesday, October 23, 2024 at 11 A.M. The adjournment is requested to allow defense counsel time to obtain additional records, to review the Presentence Report with Mr. Carter, and to prepare our sentencing materials.

I have discussed this request with AUSA Adam Margulies, who consents on behalf of the Government.

Thank you for your consideration of this matter.

Respectfully submitted,
/s/
Christopher Flood, Esq.
(212) 417-8734

SO ORDERED:

*[Handwritten: Sentence adjourned to 10/23/24 at 11:00 A.M. Defense submission due 14 days before sentence. Government submission due 8 days before sentence. So ordered. JGKoeltl U.S.D.J. 9/17/24]*

**HONORABLE JOHN G. KOELTL**
**United States District Judge**

cc:   AUSA Adam Zeldes Margulies (by ECF)